IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>BILLY J. SCHRADER,<br><br>               Defendant. | 4:14CR3051<br><br>ORDER |

      This matter is before the Court on plaintiff's Motion for Dismissal of Counts II through VI (Filing No. 107) of the indictment against defendant Billy J. Schrader. The Court finds the motion should be granted. Accordingly,

      IT IS ORDERED that the motion for dismissal of Counts II through VI of the Indictment is granted and Counts II through VI are dismissed without prejudice.

      Dated this 8th day of April, 2015.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge